UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-1913 CAS (FFM) | Date | March 22, 2016 |
|---|---|---|---|
| Title | ORJI OKEZIE v. THOMAS W. HUSSEY, *et al.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING RESPONDENTS' FAILURE TO BRIEF MOOTNESS

On March 22, 2016, the Court ordered respondents to provide the Court with further briefing on the subject of mootness.  (Docket No. 15.)  The Court directed respondents to file such briefing no later than April 12, 2016.  (*Id.*)  As of the date of this order, respondents have failed to comply with the Court's March 22nd order.

The Court therefore ORDERS respondents to show cause why sanctions should not be imposed for their failure to comply with the Court's March 22nd order.  Sanctions may include striking the Return.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |