UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORJI OKEZIE, <br>     Petitioner, <br>   v. <br> THOMAS W. HUSSEY, et al., <br>     Respondents. | Case No. CV 15-1913 CAS (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 20, 2017

                              CHRISTINA A. SNYDER
                              United States District Judge